UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
April 4, 2025
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUILLERMO OZUNA VALDEZ<br><br>Defendant. | Case No. 2:25-cr-0042 JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release GUILLERMO OZUNA VALDEZ Case No. 2:25-cr-0042 JAM  Charges 8 USC § 1326 from custody for the following reasons:

    x     Release on Personal Recognizance

    ___   Bail Posted in the Sum of $ ___

            ___ Unsecured Appearance Bond $ ___

            ___ Appearance Bond with 10% Deposit

            ___ Appearance Bond with Surety

            ___ Corporate Surety Bail Bond

            ___ (Other): ___

Issued at Sacramento, California on April 4, 2025 at 2:10 PM


By:   /s/ Carolyn K. Delaney

      Chief Magistrate Judge Carolyn K. Delaney