MICHELE BECKWITH
Acting United States Attorney
CHARLES CAMPBELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-cr-00042-JAM |
| Plaintiff, | **ORDER FOR DISMISSAL OF INDICTMENT** |
| v. | [Fed. R. Crim. P. 48(a)] |
| GUILLERMO OZUNA VALDEZ, | |
| Defendant. | |

**ORDER**

The court hereby orders the indictment in case number 2:25-cr-00042-JAM, filed on February 20, 2025, be **DISMISSED without prejudice**.

IT IS SO ORDERED.

Dated: May 08, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

1